JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE JESUS TINAJERO,<br><br>   Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:21-cv-01647-JLT-BAM<br><br>STIPULATION AND \|PROPOSED\| ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from May 2, 2022 to July 1, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  First, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022, and is dealing with post-operation pain and the

1

secondary effects of medications; and as a result, is working short periods throughout the day with significant breaks throughout. Counsel will also undergo 12 weeks of physical therapy, four days a week.

Secondly, as this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in appeals council decisions and an increase in hearings at the administrative levels. Then, as a result of the pandemic, shelter-in-place mandates, and Court ordered Stays, there were significant delays in producing transcripts. In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 56 cases in February and March of 2022.

For the weeks of May 2, 2022 and May 9, 2022, Counsel for Plaintiff has 20 merit briefs, and several letter briefs and reply briefs. For the remainder of the month of May 2022, Counsel has over 21 merit briefs currently calendared, with that number expected to grow.

Lastly, another attorney with the firm, Ms. Dolly Trompeter, is currently out of state due to her father's medical condition and as a result, the undersigned has taken on additional matters compounding the need for an additional extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:   April 28, 2022   PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

1
2  Dated: April 29, 2022                PHILLIP A. TALBERT
3                                       United States Attorney
                                        PETER K. THOMPSON
4                                       Acting Regional Chief Counsel, Region IX
5                                       Social Security Administration
6
7                                By:   */s/ Marcelo N. Illarmo
                                        Marcelo N. Illarmo
8                                       Special Assistant United States Attorney
9                                       Attorneys for Defendant
10                                      (*As authorized by email on April 29, 2022)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before July 1, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 2, 2022**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE