# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE JESUS TINAJERO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:21-cv-1647 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MARIA DE JESUS TINAJERO AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Maria De Jesus Tinajero and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on August 19, 2022. (Doc. 20.) Pursuant to the terms of the stipulation, the matter shall be remanded for the Commissioner to "further develop the record as necessary[] and issue a new decision." (*Id.* at 1.) Further, the parties stipulated judgment shall be entered "in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner." (*Id.*) Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

2. Plaintiff's opening brief in support of remand (Doc. 19) shall be terminated as **MOOT**.

///

1

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Maria De Jesus Tinajero and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __August 19, 2022__                          /s/ Jennifer L. Thurston
                                                    UNITED STATES DISTRICT JUDGE